# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES HORAN, | : | Case No. 1:18-cv-408 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| DOUGLAS SKAFF, | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that all claims in this action are **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date:     2/26/19                         /s/ *Timothy s. Black*
                                          Timothy S. Black
                                          United States District Judge